UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    REMCODA, LLC,

                              Plaintiff,        21 Civ. 00756 (LGS)

              -against-                 <u>ORDER</u>

    SR3D INTL HOLDINGS CORP.,

                           Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on January 27, 2021, Plaintiff filed the complaint, asserting that the Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332.  It is hereby

      **ORDERED** that, by **March 3, 2021**, Plaintiff shall file a letter including a brief statement as to the basis of subject matter jurisdiction and venue.  The statement shall include citations to relevant statutes, and shall explain the factual basis for jurisdiction, including (i) in the case of Defendant corporation, the principal place of business and place of incorporation, and (ii) in the case of Plaintiff limited liability company, the citizenship of each of the entity's members.  If any of the members of Plaintiff limited liability company are also limited liability entities, Plaintiff shall disclose the citizenship of the members of those limited liability companies and so on, until no limited liability companies remain.

Dated: February 24, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE