```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
REMCODA, LLC,                                                :
                                      Plaintiff,             :     21 Civ. 00756 (LGS)
                                                             :
             -against-                                       :     ORDER
                                                             :
SR3D INTL HOLDINGS CORP.,                                    :
                                      Defendant.             :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Court's March 3, 2021, Order (Dkt. No. 24), a hearing to show cause as to why a default judgment should not be entered against Defendant was held on March 3, 2021.

WHEREAS, John Stickler, owner of Defendant, appeared for the hearing. For the reasons stated during the hearing, it is hereby

**ORDERED** that, by **April 15, 2021**, Plaintiff shall meet and confer with Mr. Stickler to determine whether they agree to the proposed compensatory damages and pre-judgment interest stated in Plaintiff's Proposed Default Judgment (Dkt. No. 21-4) and shall file a letter apprising the Court as to the results of the meet and confer.

Dated: April 8, 2021
       New York, New York

                                          _____
                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**