UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

REMCODA, LLC,   Civil Action No. 1:21-cv-00756

                   *Plaintiff*,   [PROPOSED]
                                                                          **DEFAULT JUDGMENT**

    -against-

SR3D INTL HOLDINGS CORP.,

                   *Defendant*.
------------------------------------------------------------------------X

      This action having commenced on January 27, 2021 by the filing of the Summons and Complaint (the "Complaint"), and a copy of the Complaint having been personally served on Defendant SR3D Intl Holdings Corp. ("Defendant") via personal service on its registered agent, John Stickler, and proof of service having been filed with the Court on February 4, 2021, and Defendant not having answered the Complaint and the time for answering the Complaint having expired, it is

      **ORDERED, ADJUDGED AND DECREED**: That the Plaintiff have judgment against Defendant on all causes of action, including compensatory damages in the amount of $371,225 plus prejudgment interest from December 10, 2020 until the date of entry of judgment at a rate of 9% per annum, and post-judgment interest as provided by law and any other relief the Court may deem appropriate. The Clerk of Court is respectfully directed to enter judgment against Defendant and close the case.

Dated:    April 13    , 2021
       New York, New York

                                                                                **LORNA G. SCHOFIELD**
                                                                                **UNITED STATES DISTRICT JUDGE**