UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    REMCODA, LLC,

                              Plaintiff,                21 Civ. 00756 (LGS)

            -against-                         ORDER

    SR3D INTL HOLDINGS CORP.,

                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on April 13, 2021, the Court entered a Default Judgment against Defendant. Dkt. No. 28.

      WHEREAS, the Default Judgment states that it includes "prejudgment interest from December 10, 2020, until the date of entry of judgment at a rate of 9% per annum," but does not state the total calculated prejudgment interest.

      The Clerk of Court is respectfully directed to enter an amended judgment including the interest amount.

Dated: April 22, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE