UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
REMCODA, LLC,

                Plaintiff,

        -against-

SR3D INTL HOLDINGS CORP.,
                Defendant.
-----------------------------------------------------------X

21 CIVIL 756 (LGS)

**AMENDED DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2021

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated April 22, 2021, Plaintiff has judgment against Defendant on all causes of action, including compensatory damages in the amount of $371,225, plus prejudgment interest from December 10, 2020 until the date of entry of judgment at a rate of 9% per annum in the amount of $11,350.33, and post-judgment interest as provided by law and any other relief the Court may deem appropriate.

**DATED**: New York, New York
          April 22, 2021

                                              **RUBY J. KRAJICK**
                                                Clerk of Court

                                BY: _____
                                         Deputy Clerk